

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DGE INVESTMENTS, INC., an Illinois corporation, et al., | § § § § | |
| Plaintiff(s), vs. | § § § | CIVIL ACTION NO. 3:25-CV-02687-S |
| HAWAII FLUID ART FRANCHISING, LLC, a Texas limited liability company, et al., | § § § § | |
| Defendant(s). | § | |

## RETURN OF SERVICE

Came to my hand on **Tuesday, October 14, 2025 at 6:15 PM,**
Executed at: **438 JOHNSON LANE, OVILLA, TX 75154**
at **12:30 PM,** on **Wednesday, October 15, 2025**, by delivering to the within named:

**STRONG BRANDS LLC**

By personally delivering to its **Registered Agent, MAYA RATCLIFF** a true copy of this

**SUMMONS IN A CIVIL ACTION and FIRST AMENDED COMPLAINT with EXHIBITS A & B**

having first endorsed thereon the date of the delivery.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

**My name is Danny L. Haney, I am at least 18 years old, and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Wednesday, October 15, 2025

By: _____
Danny L. Haney - PSC 566 - Exp 03/31/26
served@specialdelivery.com

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| 3Fifty LLC, et al <br> *Plaintiff* <br> v. <br> HFA Marketing LLC, et al <br> *Defendant* | Civil Action No. 3:25-cv-02687-S |

## Summons in a Civil Action

**TO:** Strong Brands LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Robert Chaiken
5717 Legacy Dr., Suite 250
Plano , TX 75024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 10/06/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-02687-S

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

**RETURN / AFFIDAVIT PROOF / ATTACHED**

**RETURN / AFFIDAVIT PROOF / ATTACHED**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DGE INVESTMENTS, INC., an Illinois corporation, FUN ART PARTIES, LLC, a Pennsylvania limited liability company, KKRK, LLC, an Oklahoma limited liability company, VICE FLUID ART, INC., a Florida corporation, HAWAII FLUID ART GULF COAST, LLC, an Alabama limited liability company, BOLTIMO CORPORATION, a Michigan corporation, DP CREATIVITY LLC, an Illinois limited liability company, HALEIWA ART COMPANY, LLC, a Tennessee limited liability company, BICENTENNIAL VENTURES, LLC, a Colorado limited liability company, CANDLEBY STUDIO 1, LLC, an Indiana limited liability company, OHANA CREATIONS, LLC, a South Carolina limited liability company, 3FIFTY, LLC, a Virginia limited liability company, WOLF MOON, INC., a Colorado corporation, LAVA CREATIONS, LLC, a Missouri limited liability company, FOXKNOX ENTERPRISES, INC., an Arizona corporation, SAURIN PATEL, ESK ENTERPRISE HHI, LLC, a South Carolina Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>HAWAII FLUID ART FRANCHISING, LLC, a Texas limited liability company, STRONG BRANDS, LLC, a Texas limited liability company, HFA UNLIMITED, LLC, a Texas limited liability company, HFA SUPPLY, LLC, a Texas limited liability company, HFA PAYROLL, LLC, a Texas limited liability company, HFA SPARK, LLC, a Texas limited liability company, HFA TECHNOLOGIES, LLC, a Texas limited liability company, HFA MARKETING, LLC, a Texas limited liability company, MAYA TALKS, LLC, a | Civ No. 3:25-cv-2687-S |

Texas limited liability company, and MAYA RATCLIFF and TRINITY KIRK,

Defendants.

FIRST AMENDED COMPLAINT

NOW COME the Plaintiffs, DGE INVESTMENTS, INC., an Illinois corporation ("DGE"), FUN ART PARTIES, LLC, a Pennsylvania limited liability company ("Fun Art"), KKRK, LLC, an Oklahoma limited liability company ("KKRK"), VICE FLUID ART, INC., a Florida corporation ("Vice Art"), HAWAII FLUID ART GULF COAST, LLC, an Alabama limited liability company ("HFA Gulf Coast"), BOLTIMO CORPORATION, a Michigan corporation ("Boltimo"), DP CREATIVITY LLC, an Illinois limited liability company ("DPC"), HALEIWA ART COMPANY, LLC, a Tennessee limited liability company ("Haleiwa"), BICENTENNIAL VENTURES, LLC, a Colorado limited liability company ("Bicentennial"), CANDLEBY STUDIO 1, LLC, an Indiana limited liability company ("Candleby"), OHANA CREATIONS, LLC, a South Carolina limited liability company ("Ohana"), 3FIFTY, LLC, a Virginia limited liability company ("3Fifty"), WOLF MOON, INC., a Colorado corporation ("Wolf Moon"), LAVA CREATIONS, LLC, a Missouri limited liability company ("Lava"), FOXKNOX ENTERPRISES, INC., an Arizona corporation ("FoxKnox"), SAURIN PATEL ("Patel"), ESK ENTERPRISE HHI, LLC, a South Carolina limited liability company ("ESK") (each a "Plaintiff" or "Franchisee", and collectively "Plaintiffs" or "Franchisees"), through their undersigned counsel, for their Complaint against Defendants, HAWAII FLUID ART FRANCHISING, LLC, a Texas limited liability company ("HFA" or "Franchisor"), STRONG BRANDS, LLC, a Texas limited liability company ("Strong"), HFA UNLIMITED, LLC, a Texas limited liability company ("HFAU"), HFA SUPPLY, LLC, a Texas limited liability company ("HFA Supply"), HFA PAYROLL, LLC, a Texas limited liability company ("HFAP"), HFA

2